# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## May 9, 2013

| | | |
|---|---|---|
| CAAP–12–00 00173 | Federal Nat. Mortg. Ass'n v. Duarte | Affirmed |
| CAAP–12–00 00524 | First Hawaiian Bank v. Kamakea | Affirmed |
| CAAP–12–00 00779 | State v. Crosby | Affirmed |

## May 16, 2013

| | | |
|---|---|---|
| CAAP–12–00 00380 | State v. Slavick | Affirmed |

## May 17, 2013

| | | |
|---|---|---|
| CAAP–12–00 00315 | Krog v. Koahou | Affirmed |

## June 27, 2013

| | | |
|---|---|---|
| CAAP–11–00 01093 | BG Inc. v. Ellis | Affirmed |
| CAAP–12–00 00553 | Kelley v. Administrative Director of Courts, State | Affirmed |

## June 28, 2013

| | | |
|---|---|---|
| CAAP–12–00 00552 | Ayson v. Administrative Director of Courts, State | Affirmed |
| CAAP–12–00 00619 | Gerdes v. Administrative Director of Courts | Affirmed |
| CAAP–12–00 00444 | State ex rel. Dept. of Hawaiian Home Lands v. Pedro | Affirmed |